# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT KNOXVILLE

| | |
|---|---|
| FILMAX, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Civil Action No. 3:05-cv-30 |
| ) | (Guyton) |
| VELCON FILTERS, INC., ) | |
| ) | |
| Defendant. ) | |

## AGREED ORDER OF COMPROMISE AND DISMISSAL WITH PREJUDICE

In this case came the parties, by and through counsel, and made it known to the Court that all matters, issues and controversies by and between them have been compromised and settled out of Court, and that, by virtue of said compromise and settlement agreement, the suit of Plaintiff, Filmax, Inc., against the Defendant, Velcon Filters, Inc., is dismissed in bar of the right of Plaintiff, Filmax, Inc., to reinstitute the said suit. Further, Defendant Velcon Filters, Inc.'s counterclaims against Filmax, Inc. are likewise dismissed in bar of the right of Defendant, Velcon Filters, Inc., to reinstate said counterclaims.

It is ORDERED that the suit of the Plaintiff, Filmax, Inc., herein against the Defendant, Velcon Filters, Inc., be, and the same hereby is dismissed, with prejudice, in bar of the right of Plaintiff, Filmax, Inc., to reinstitute said suit.

It is further ORDERED that Defendant Velcon Filters, Inc.'s counterclaims against Filmax, Inc. be, and the same hereby are dismissed with prejudice in bar of the right of Defendant, Velcon Filters, Inc., to reinstate said counterclaims.

It is further ORDERED that each party shall bear its own costs and attorneys' fees.

ENTER:

                                                s/ H. Bruce Guyton
                                                H. Bruce Guyton
                                                U.S. Magistrate Judge

APPROVED FOR ENTRY:


s/ Geoffrey D. Kressin
Geoffrey D. Kressin (BPR No. 0658)
Luedeka, Neely & Graham, P.C.
Attorneys for Plaintiff
P. O. Box 1871
Knoxville, TN 37901


s/John C. Blattner
John C. Blattner (P52745)
Butzel Long
Attorneys for Defendant
350 S. Main Street, Suite 300
Ann Arbor, MI 48104